

IN THE:

# UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF VIRGINIA

### LYNCHBURG DIVISION

```
))))))))))))))))))))))))))))))))))))))))))))))))))))
Ralph Leon Hayes, Pro-Se
For R&R Finance                                 )
                                                )
         Appellant(s),                          )
                                                )
                                                )          No.: 24-60255
v.                                              )
                                                )          CH 13
                                                )
                                                )
CH13 Trustee, Angela M. Scolforo                )
and                                             )
Office of the U.S. Trustee, Margaret K. Garber  )
                                                )
         Appellee(s)                            )
))))))))))))))))))))))))))))))))))))))))))))))))
```

### INTERLOCUTORY APPEAL WITH MOTION FOR LEAVE TO APPEAL

Appellant submits this Motion pursuant to 28 U.S.C. 158(a)(3) "shall be taken by filing a notice of appeal, accompanied by a motion for leave to appeal prepared in accordance with Rule 8003 and with proof of service in accordance with Rule 8008." "3. If the notice of appeal is accompanied by a motion for leave to appeal, only the $5.00 notice fee is required at the time of filing. If the motion for leave to appeal is granted, the $293.00 docketing fee must then be paid."

Pursuant to Rule 8008 this court lacks authority to grant because an appeal that has been docketed and is pending in the U.S. Court of Appeals for the Fourth Circuit No 23-1962 and U.S District Court for the Western District of Virginia – Lynchburg No. 6:23-cv-00083. Therefore, the Appellant is notifying this Court of the pending appeals.

### RESPONSE TO BANKRUPTCY FILINGS

There is no limit on the number of times a Debtor can file for bankruptcy. The U.S. Courts explain:

*"A fundamental goal of the federal bankruptcy laws enacted by Congress is to give debtors a financial 'fresh start' from burdensome debts. The Supreme Court made this point about the purpose of the bankruptcy law in a 1934 decision: '{I}t gives to the hones but unfortunate debtor ... a new opportunity in life and a clear field for future effort, unhampered by the pressure and discouragement of pre-existing debt."*

## CERTIFICATE OF SERVICE

Electronically mailed to Clerk U.S. Bankruptcy Court for the Western District on March 29, 2024 and Appellant certifies that a true copy will be served by either First Class Mail and/or electronic mail to all parties, addressed as shown below:

Regards,

Dated: March 29, 2024

Ralph Leon Hayes, Pro Se
For R&R Finance
1107 Ashburn Drive
Forest, VA 24551
(434) 851-3544
Raf.hayes@gmail.com

Copy:

Office of the United States Trustee
Attn: Margaret K. Garber
Suite 505
210 First Street
Roanoke VA 24011
Margaret.k.garber@usdoj.gov


Angela M. Scolforo, CH 13 Trustee
Shannon T. Morgon, Trustee Staff
Suite 310
123 Main Street
Charlottesville VA 22902

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

006302 6302 1 AB 0.544 19801 14 10102-1-8850

U.S. Bank Trust National Association, not in its
Individual capacity, but solely as Trust
LSF8 Master Participation Trust
9th Floor
300 Dela
Delaware

NIXIE    171   FE 1260   0003/26/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 24551439207   *2727-02815-20-28

FIRST-CLAS

Ralph Leon Hayes
1107 Ashburn Drive
Forest, VA 24551



FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURT
PERMIT NO. G-18

---

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

006301 6301 1 AB 0.544 19801 14 10102-1-8849

U.S. Bank Trust National Association, not in its
Individual capacity, but solely as Trust
LSF10 Master Participation Trust
9th Floor
300 Delaware Street
Delaware DE 19801

NIXIE    171   DE 1260   0003/26/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 24551439207   *2727-02814-20-28

FIRST-CLASS

Ralph Leon Hayes
1107 Ashburn Drive
Forest, VA 24551



PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURT
PERMIT NO. G-18

---

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

006303 6303 1 AB 0.544 19801 14 10102-1-8851

U.S. Bank Trust National Association, not in its
Individual capacity, but solely as Trust
LSF9 Mas
9th Floor
300 Delaw
Delaware

NIXIE    171   DE 1260   0003/26/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

FIRST-CLASS M

From: CFPB noreply-notice@cfpb.gov
Subject: Your complaint is still being processed.
Date: Apr 2, 2024 at 11:08:29 AM
To: raf.hayes@gmail.com

(855) 411-2372
consumerfinance.gov

# Your complaint is still being processed.

We're still researching the information you provided in your complaint so it might take a little more time to get a response. There is nothing else you need to do at this time.

If we need more information or if we are unable to send your complaint to the company for response, we will let you know.

**COMPLAINT ID**

240315-13631722

**SUBMITTED ON**

03/15/2024

**PRODUCT**

Debt collection

**ISSUE**

False statements or representation

[Log in to track your complaint]

First time logging in? Set up your password

From: CFPB noreply-notice@cfpb.gov
Subject: Your complaint is still being processed.
Date: Apr 2, 2024 at 11:09:04 AM
To: raf.hayes@gmail.com

(855) 411-2372
consumerfinance.gov

## Your complaint is still being processed.

We're still researching the information you provided in your complaint so it might take a little more time to get a response. There is nothing else you need to do at this time.

If we need more information or if we are unable to send your complaint to the company for response, we will let you know.

**COMPLAINT ID**

# 240313-13610405

**SUBMITTED ON**

03/13/2024

**PRODUCT**

Debt collection

**ISSUE**

False statements or representation

Log in to track your complaint

First time logging in? Set up your password